Brad E. Bothell
80 S. Market St.
San Jose CA 95113
Tel: (408) 668-5750

**ADR**

**Filed**
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
08 APR 11 PM 4:20
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

IFP

NC

RMW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Brad E. Bothell,
  Plaintiff
  v.
Magnus Doe,
  Defendant

Case No: C08 01947 RS

(Limited Civil Case)
Amount Demanded: $1,000.00
CAUSE OF ACTION FOR FRAUD
AND BREACH OF CONTRACT

1. Plaintiff alleges Magnus Doe, defendant, on or about April 18, 2006, orally promised to buy petitions from plaintiff for approx. $1,000.00, but fraudulently neglected to fulfill his promise.

2. Plaintiff will ascertain the true name of the defendant when possible and will then add the true name to the case.

3. The incident happened in this court's jurisdiction.

Dated: April 11, 2008     Signed _____
                          Brad E. Bothell,
                          plaintiff

COMPLAINT