Filed
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
08 APR 11 PM 4:20
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

ADR



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Brad E. Bothell
                    Plaintiff,

vs.

Magnus Doe
                    Defendant.

C08 NO. 01947 RMW RS

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Brad E. Bothell, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?    Yes X  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1000    Net: $1000   REV

Employer: DH&H Petition Mgmnt on [illegible] U.S.
Army Reserves

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2.    Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |     a.    Business, Profession or                    Yes _X_ No ___

8 |           self employment?

9 |     b.    Income from stocks, bonds,                 Yes ___ No ___

10 |          or royalties?

11 |    c.    Rent payments?                             Yes ___ No ___

12 |    d.    Pensions, annuities, or                    Yes ___ No ___

13 |          life insurance payments?

14 |    e.    Federal or State welfare payments,         Yes ___ No ___

15 |          Social Security or other govern-

16 |          ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | _H & H petition is actually self-employment_

20 | _____

21 | 3.    Are you married?                              Yes ___ No _X_

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.    a.    List amount you contribute to your spouse's support:$ _____

27 |       b.    List the persons other than your spouse who are dependent upon you for support

28 |             and indicate how much you contribute toward their support.  (NOTE: For minor

```
 1                children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
 2   _____
 3   _____
 4   5.    Do you own or are you buying a home?         Yes ___  No _X_
 5   Estimated Market Value: $_____  Amount of Mortgage: $_____
 6   6.    Do you own an automobile?                    Yes _X_  No ___
 7   Make ~~Bob~~ GMC  Year 1992  Model Jimmy
 8   Is it financed? Yes ____ No ____ If so, Total due: $ _____
 9   Monthly Payment: $ _____
10   7.    Do you have a bank account?  Yes _X_ No ___ (Do not include account numbers.)
11   Name(s) and address(es) of bank: U.S. Bank, Willow Glen,
12   1530 Hamilton Ave, San Jose, CA
13   Present balance(s): $ 200.00 (approx)
14   Do you own any cash? Yes ___ No _X_ Amount: $ _____
15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16   market value.)                                     Yes _X_ No ___
17   2 ~~cars~~ trucks - total value of 1961 Chevy -
18   $500.00; total value of 1987 Ford - $100
     8.    What are your monthly expenses?
19   Rent: $ 600.00                ~~Utilities:~~ Gasoline  $100.00
20   Food: $ 250.00                Clothing: 20.00
21   Charge Accounts:
22   Name of Account          Monthly Payment          Total Owed on This Account
23   _____          $ _____        $ _____
24   _____          $ _____        $ _____
25   _____          $ _____        $ _____
26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27   they are payable. Do not include account numbers.)
28   _____
```

- 3 -

1 | Approx. $30,000 to Howard F. Bothell (Father)

2 | 10.   Does the complaint which you are seeking to file raise claims that have been presented in
3 | other lawsuits?   Yes ___ No ✗
4 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5 | which they were filed.
6 | _____
7 | _____
8 | I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9 | false statement herein may result in the dismissal of my claims.

April 11, 2008                          [signature]
DATE                                    SIGNATURE OF APPLICANT

- 4 -