*E-filed on ___5/27/08_____*

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BRAD BOTHELL,

             Plaintiff,

    v.

MAGNUS DOE,

             Defendants.

No. C-08-01947 RMW

ORDER DISMISSING ACTION

**[Re Docket No. 2]**

As set forth in its order dated April 19, 2008, the court, considering plaintiff Brad Bothell's motion to proceed *in forma pauperis*, determined that it did not have subject matter jurisdiction over plaintiff's complaint as filed. Accordingly, the court dismissed the complaint with leave to amend and deferred ruling on plaintiff's *in forma pauperis* application until after he had filed an amended complaint.

The court gave plaintiff twenty (20) days from the date of the order to amend his complaint to state a claim upon which this court may grant relief. The court informed plaintiff that if he failed to file an amended complaint, the case would be dismissed. Twenty days from the date of the order was May 9, 2008.

1        As of the date of this order, plaintiff has not amended his complaint, nor has the court

2   received any other communication from him about the above-captioned case.  Accordingly, the court

3   hereby dismisses plaintiff's complaint without prejudice to plaintiff filing a new action, assuming he

4   is able to state a cognizable claim over which this court has jurisdiction.

5   **ORDER**

6        For the foregoing reasons, the court dismisses plaintiff's complaint without prejudice.

7   Plaintiff's *in forma pauperis* application is denied as moot.  The clerk shall close the file.

8

9   DATED:        5/23/08

10                                                    RONALD M. WHYTE
                                                     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER DISMISSING ACTION—No. C-08-01947 RMW
MAG                                    2

1  **A copy of this order was mailed on _____5/27/08_____ to:**

2  **Counsel for Plaintiff:**

3  Brad Bothell
   80 S. Market Street
4  San Jose, CA 95113
   PRO SE
5
   **Counsel for Defendant(s):**
6
   No appearance
7

8  Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California