*E-filed on* 5/27/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAD BOTHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>MAGNUS DOE,<br><br>    Defendants. | No. C-08-01947 RMW<br><br>JUDGMENT |

On 5/23/08, the court issued an order dismissing the above-captioned case for failure to pay the filing fee by April 9, 2008 as set forth in this court's April 19, 2008 order. Accordingly, judgment is hereby entered in favor of defendants and against plaintiff. Plaintiff shall take nothing by way of his complaint.

DATED: 5/23/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-01947 RMW
MAG

1 | **A copy of this order was mailed on** _____5/27/08_____ **to:**

2 | **Counsel for Plaintiff:**

3 | Brad Bothell
80 S. Market Street
4 | San Jose, CA 95113
PRO SE

5 |

**Counsel for Defendant(s):**

6 |

No appearance

7 |

8 | Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

JUDGMENT—No. C-08-01947 RMW
MAG                                                          2